**Warren F. SHELTON, Respondent,**

v.

**INDEPENDENT SCHOOL DISTRICT # 625, Self–Insured/Preferred Works, Relator,**

and

**Twin Cities Spine Center, Intervenor.**

No. C4–01–1781.

Supreme Court of Minnesota.

Jan. 18, 2002.

Raymond R. Peterson, # 121563, McCoy, Peterson, Jorstad & Brabbit, Minneapolis, MN, Respondent's Attorney.

James S. Pikala, # 86903 Arthur, Chapman, Kettering, Smetak & Pikala, P.A., Minneapolis, MN, Relator's Attorney.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 17, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT

R.A. Anderson
R.A. Anderson
Associate Justice